Angelo B. Pirola, Plaintiff in Error, v. Edward Flad-
mark, Defendant in Error.

Gen. No. 20,184.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M.
FISHER, Judge, presiding. Heard in this court at the March term,
1914. Affirmed. Opinion filed December 21, 1914.

### Statement of the Case.

Suit by Angelo B. Pirola against Edward Fladmark.
Plaintiff plastered a certain building for defendant at
the agreed price of $1,828 and after the work was com-
pleted claimed $116 for extras. A check in final pay-
ment was mailed to the plaintiff and accepted when
there was due plaintiff $200, exclusive of the claim for
extras, but the plaintiff claimed to have mailed another
letter to the defendant accepting the check as a credit.
From a judgment for the defendant, plaintiff brings
error.

H. P. TUCHSCHERER, for plaintiff in error.

CHARLES WERNO, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—when finding of court is conclu-
sive. In an action for services the question whether there was a
bona fide dispute between the parties as to the amount due was a
question of fact, as to which the finding of the court was conclusive,
the evidence being conflicting.

2. ACCORD AND SATISFACTION, § 4*—what constitutes accord and
satisfaction. In an action for services, if there was a bona fide
dispute between the parties as to the amount due, and the plaintiff
retained and cashed a check sent by the defendant having written
on it words to the effect that it was the final payment for the work,
such act amounted to an award and satisfaction.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.